# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

T. JOHNSON  
ADC # 086830                                                                PLAINTIFF

v.                          No. 4:24-cv-1041-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                          DEFENDANTS

## ORDER

**1.**     Johnson hasn't paid the filing and administrative fees ($405) or filed an application to proceed *in forma pauperis*.   He must do one or the other by 3 February 2025.   If he doesn't, his case will be dismissed without prejudice.   LOCAL RULE 5.5(c)(2).

**2.** The Court directs the Clerk to mail Johnson an application to proceed *in forma pauperis* and a blank § 1983 form. If the Court grants him permission to proceed *in forma pauperis*, then the administrative fee will be waived, but Johnson will have to pay the $350 filing fee in monthly installments taken from his prisoner account. 28 U.S.C. § 1915(b).

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

3 January 2025