IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

T. JOHNSON                                                                PLAINTIFF
ADC # 086830

v.                          No. 4:24-cv-1041-DPM

JOHN FELTS, Chair, Arkansas
Post Prison Transfer Board;
BRENT MORGAN, Member,
Arkansas Post Prison Transfer
Board;   LONA MCCASTLAIN,
Director, Arkansas Post Prison
Transfer Board;   WILLIE ROBINSON,
Member, Arkansas Post Prison
Transfer Board;   ANDY SHOCK,
Member, Arkansas Post Prison
Transfer Board;   WENDY LYALS,
Member, Arkansas Post Prison
Transfer Board;   SARAH HUCKABEE
SANDERS, Governor, Arkansas;   and
DOUG SMITH, Member, Arkansas
Post Prison Transfer Board                                      DEFENDANTS

ORDER

Johnson hasn't paid the filing fee or moved to proceed *in forma pauperis* and the time to do so has passed. Doc. 4. Now his mail is being returned as undeliverable. Doc. 5, 6 & 7. His complaint will be dismissed without prejudice. Local Rule 5.5(c)(2). An *in forma*

*pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.   28 U.S.C. § 1915(a)(3).

So Ordered.

*/s/ DP Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2025